# DeSena & Sweeney, LLP

1383-32 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 360-7333

Louis J. DeSena, Esq.
Robert P. Sweeney, Esq.

Linda M. Chetkof, Esq.
Christopher J. Lanigan, Esq.
Shawn P. O'Shaughnessy, Esq.
Robert B. Brown, Esq.
Paul J. Felicione, Esq.
Glenn Grattan, Esq.

July 13, 2011

Hon. Magistrate Judge Andrew L. Carter
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Borja v. YRC, Inc.
    CV-11-1944 (SLT) (ALC)

Dear Honorable Sir:

Please let this serve as a joint status letter regarding discovery in this matter. Initial mandatory discovery has been completed. Interrogatories and initial discovery demands have/will be served and will be responded to in due course. Party depositions have been scheduled on October 13, 2011(Plaintiff) and October 20, 2011 (Defendant). Non-party depositions have been scheduled on October 27, 2011. Discovery is expected to be completed in accordance with the initial discovery plan.

Thank you for your consideration.

          Sincerely,

          Kenneth J. Ready and Associates by:

          _/s/ Ken Ready_

          Desena & Sweeney, LLP by:

          _/s/_